**Order filed June 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00880-CV
_____

### TRANSAMERICA CORPORATION, Appellant

### V.

### BRAES WOODS CONDO ASSOCIATION INC., Appellee

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-12580**

## O R D E R

The clerk's record was filed May 1, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Order on Motion for Summary Judgment signed August 22, 2016.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 1, 2019, containing the Order on Motion for Summary Judgment signed August 22, 2016.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Chief Justice Frost and Justices Zimmerer and Hassan.